# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| IMOGENE ATTIG, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:20-03066-CV-RK |
| TLC RESORTS VACATION CLUB, LLC, THE VACATION STORE, LLC, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's motion to dismiss without prejudice (Doc. 4.) No Defendant has filed an answer or motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 41(a)(i), a plaintiff may dismiss an action without a court order where the defendants have not filed an answer or motion for summary judgment. Therefore, the motion is **GRANTED.**

    IT IS SO ORDERED.


                                          s/ Roseann A. Ketchmark  
                                          ROSEANN A. KETCHMARK, JUDGE  
                                          UNITED STATES DISTRICT COURT

DATED: March 24, 2020